IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY V. MOORE,

        Plaintiff,

    v.

OFFICE DEPOT, INC., a Delaware Corporation,

        Defendant.

Civil No. 06-6315-TC

FINDINGS & RECOMMENDATION

COFFIN, Magistrate Judge:

    This court issued an order to show cause why defendant Office Depot's unopposed motion (#27) to dismiss should not be allowed after plaintiff failed to respond to such motion. This court issued another order to show cause why defendant Office Depot's unopposed motion (#27) to dismiss should not be allowed after plaintiff failed to adequately respond to the motion and the court's order. Plaintiff was ordered to respond within eleven days and cautioned that a failure to respond would result in the dismissal of this action for failure to prosecute and failure to comply with a court order. Plaintiff has not responded. As such, this action should be dismissed for failure to

prosecute, failure to comply with a court order, and for the reasons stated in the defendants' motion. The five factors for dismissal discussed in <u>Malone v. United States Postal Service</u>, 833 F.2d 128 (9th Cir. 1987) have been weighed and indicate that dismissal is proper.

DATED this \_\_\_\_\_ day of November, 2007.

_____
THOMAS M. COFFIN
United States Magistrate Judge