IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY V. MOORE,                )
                               )
            Plaintiff,         )
                               )  Civil No. 06-6315-TC
    v.                         )
                               )  ORDER
OFFICE DEPOT, INC., a Delaware )
corporation,                   )
                               )
            Defendant.         )
                               )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on November 8, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1      - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for failure to prosecute, failure to comply with a court order, and for the reasons stated in the defendant's motion.

IT IS SO ORDERED.

DATED this 27th day of Nov., 2007.

_____
UNITED STATES DISTRICT JUDGE