UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

FILED & ENTERED 11/28/07

RANDY V. MOORE,

**Plaintiff,**

v.

**Civil No. 06-6315-TC**

OFFICE DEPOT, INC.,

**Defendant.**

_____

**JUDGMENT**

This action is dismissed.

Dated: November 28, 2007..

SHERYL S. McCONNELL, CLERK

by   s/L. Brinn

L. Brinn, Deputy

**JUDGMENT**